JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA CART BUILDER LLC, A CALIFORNIA LIMITED LIABILITY COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>TEXAS CART BUILDER, et al.,<br><br>        Defendants. | Case No. EDCV 12-01080 VAP (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Notice of Voluntary Dismissal filed May 10, 2013, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: May 15, 2013

_____
VIRGINIA A. PHILLIPS
United States District Judge